UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  El-Seti Anu.                                          Misc. No. 13-MC-50012
_____/                                    HON. BERNARD A. FRIEDMAN

## ORDER OF DISMISSAL

El-Seti Anu has filed a document entitled "Petition for Judicial Notice per Federal Rule of Evidence 201(d), 301 Mandatory."  This "petition" is dismissed, as it is a rambling, incomprehensible diatribe that serves no legally cognizable purpose and seeks no relief the Court can grant.

SO ORDERED.

s/ Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

Dated: January 8, 2013

I hereby certify that a copy of the foregoing document was sent to parties of record on January 8, 2013, electronically or by U.S. mail.

s/ Michael Williams
Relief Case Manager for the Honorable
Bernard A. Friedman